# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0239

_____

S.L.B.S., Mother of Minor Child,

Appellant,

v.

D.D., D.D., Z.R.D., STATEWIDE
GUARDIAN AD LITEM, and THE
DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellees.

_____

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

May 11, 2026

PER CURIAM.

DISMISSED.

ROBERTS, LONG, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Susan Meisel Levin of Susan Meisel Levin, P.A., Miami, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellees; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Jaime Generazzo, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem and Richard D. Ogburn, Panama City, for Appellees D.D. and D.D.